No: 24-1024

Lance Shockley

Appellant

v.

Travis Crews

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
 (4:19-cv-02520-SRC)
_____

## ORDER

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.

The motion to recall the mandate is denied.

KELLY, Circuit Judge, concurring.

Binding precedent precludes relief for Shockley on his motion to recall the mandate. However, I continue to believe that Shockley is entitled to further review on Claim One of his habeas petition: whether he received ineffective assistance of counsel regarding Juror 58 during voir dire and at the mistrial hearing. This court, in a split vote, denied his request for a certificate of appealability, and the Supreme Court subsequently denied his petition for a writ of certiorari. But two justices dissented. See Shockley v. Vandergriff, 604 U.S. ----, 145 S. Ct. 894, 897 (2025) (mem.) (Sotomayor, J., dissenting from denial of certiorari) ("It is difficult to see how an attorney's decision not to call witnesses in support of a credible mistrial motion, when invited to do so by the presiding judge in a capital murder trial, could fail to constitute ineffective assistance of counsel under Strickland v. Washington,

466 U.S. 668 [(1984)]."). This claim raises serious concerns about whether, in this capital case, Shockley was denied his constitutional right to competent counsel. And as shown, that issue is unquestionably "debatable among jurists of reason." See Dorsey v. Vandergriff, 30 F.4th 752, 756 (8th Cir. 2022) (quoting Taylor v. Steele, 6 F.4th 796, 801 (8th Cir. 2021)); see also Shockley, 145 S. Ct. at 897 ("[R]easonable jurists could obviously debate the merits of Shockley's claim, as they have done at the Missouri Supreme Court, the Eighth Circuit and now [the Supreme Court] as well.") A certificate should have issued.

And in four other circuits, it would have.

September 19, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
     /s/ Susan E. Bindler